UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

STRIKE 3 HOLDINGS, LLC,

      Plaintiff,                                    Case No. 21-cv-11028
                                                        Hon. Matthew F. Leitman

v.

JOHN DOE subscriber assigned
IP Address 24.127.136.79,

      Defendant.

_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiff, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

                                                        s/Matthew F. Leitman
                                                        MATTHEW F. LEITMAN
                                                       UNITED STATES DISTRICT JUDGE

Dated:  July 29, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 29, 2021, by electronic means and/or ordinary mail.

                                                        s/Holly A. Monda
                                                        Case Manager
                                                        (810) 341-9764